# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:23-mj-00115-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| MAX EMILIANO CARRILLO, | |
| Defendant. | |

The Court, having received and reviewed the Government's Motion to Dismiss Complaint, and pursuant to Fed.R.Crim.P. 48(a), does hereby grant the Motion. The Complaint in the above-captioned matter previously filed on September 20, 2023 is hereby dismissed.

DATED this 12th of September, 2024.

_____
HON. CARLA L. BALDWIN
United States Magistrate Judge